This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**HOUSING AUTHORITY OF
CITY OF LAS CRUCES**,

Plaintiff-Appellee,

v.                                                            **NO. 31,805**

**PAULINE BATES,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY
Susan M. Riedel, District Judge**

Holt, Mynatt Martinez P.C.
Bradley A. Springer
Las Cruces, NM

for Appellee

Christopher Cardenas
Las Cruces, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired.

**REVERSED.**

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**RODERICK T. KENNEDY, Judge**